EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Receso Administrativo del Programa de Educación Jurídica Continua del 26 de diciembre de 2017 al 5 de enero de 2018, y extensión de los términos | 2017 TSPR 199<br><br>198 DPR ____ |

Número del Caso: EM-2017-10

Fecha: 15 de diciembre de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Receso administrativo del
Programa de Educación Jurídica          EM-2017-10
Continua del 26 de diciembre
de 2017 al 5 de enero de 2018,
y extensión de los términos

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de diciembre de 2017.

Durante los pasados años, ante los retos fiscales afrontados por el país, la Rama Judicial asumió el reto de adoptar medidas de control de gastos en aras de optimizar el uso de los recursos disponibles y asegurar la continuidad de los servicios judiciales de forma efectiva y eficiente.

Con el beneficio de la recomendación del Director Ejecutivo del Programa de Educación Jurídica Continua (Programa), Lcdo. José I. Campos Pérez, la Jueza Presidenta autorizó el cierre administrativo del Programa, como medida de sana administración y control de gastos. Dicho cierre comprenderá desde el viernes, 22 de diciembre de

2017, a partir de las 5:00 p.m., hasta el viernes, 5 de enero de 2018. Las labores se reanudarán a partir del lunes, 8 de enero de 2018. Todo término dispuesto en el Reglamento del Programa de Educación Jurídica Continua que venza durante el referido receso administrativo, se extenderá hasta el lunes, 8 de enero de 2018.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                    Juan Ernesto Dávila Rivera
                                   Secretario del Tribunal Supremo